

FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 8 2016

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Oscar Lopez Higueros DEFENDANT(S). | CASE NUMBER SA16-159 M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _____Defendant_____, IT IS ORDERED that a detention hearing is set for _____Monday_____, _April 11, 2016_, at __1:30__ ☐ a.m. / ☒ p.m. before the Honorable _____Jay C. Gandhi_____, in Courtroom _____6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __April 8, 2016__          _____, Jay C. Gandhi
                                                           U.S. District Judge/Magistrate Judge